UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                        CASE NO. 08-50432-PCY5
                                              CHAPTER 13
DEBRA M. MILLER


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NEXTCARD MASTER TRUST which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415760 in the amount of 77.30 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| DEBRA M. MILLER<br>700 TRANSMITTER ROAD, LOT #51<br>PANAMA CITY, FL 32401 | NEXTCARD MASTER TRUST<br>CARDMEMBER SERVICES<br>157 TECHNOLOGY PKWY, STE. 900<br>NORCROSS, GA 30092 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
6/23/2011  1:27 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```